## STATEMENT OF FACTS

On Friday April 17, 2026, at 1720 hours members of the Metropolitan Police Department ("MPD") Robbery Suppression Unit and members of the Bureau of Alcohol, Tobacco, and Firearms ("ATF"), including your affiant, (collectively, "Members") were patrolling together in Northeast, Washington, D.C. in both marked and unmarked vehicles

Members were by the intersection of Nannie Helen Burroughs Avenue NE and Hayes Street NE, Washington, D.C. when they observed Savon BLANCHARD stopped and sitting on a white Yamaha Raptor 700R 4-Wheeler, an All-Terrain Vehicle (ATV), on public space with the engine running.  MPD Investigator Vaillancourt proceeded to initiate a traffic stop on the ATV.

Investigator Vaillancourt pulled his marked patrol vehicle in front of the ATV in an attempt stop the ATV from fleeing. Special Agent Holsomback observed BLANCHARD was attempting to drive the ATV towards Investigator Vaillancourt's driver's side door. Special Agent Smith pulled his ATF vehicle directly behind the ATV.

BLANCHARD then dismounted the ATV and began to flee on foot. Special Agent Holsomback, your affiant, and other Members ran after BLANCHARD down the sidewalk of Nannie Helen Burroughs Avenue. While pursuing BLANCHARD, your affiant who was pursuing the defendant several meters behind him, heard the sound of a metal object hitting the sidewalk concrete. Your affiant then observed a black firearm and a magazine with ammunition on the ground in BLANCHARD's flight path. In addition, Special Agent Holsomback, who was the closest behind BLANCHARD, verbally stated "gun" at which time your affiant stopped pursuing the defendant and collected the firearm, while wearing gloves.

The firearm that was recovered was a black Glock, Model 30s of .45 caliber.  In addition, 12 rounds of .45 caliber ammunition were recovered from the magazine and another round of .45 caliber ammunition was recovered on the ground near the firearm.



*The Firearm and Magazine with Slide Pushed Back and Locked After Recovery*

Special Agents Holsomback, Smith, and Sullivan continued to pursue BLANCHARD on foot and eventually apprehended him, taking him into custody without incident. Law enforcement ran a check on the ATV and learned that it had been reported stolen out of Anne Arundel County, Maryland.



*Image of Stolen ATV*

Law enforcement subsequently obtained CCTV footage showing BLANCHARD tossing the firearm while ATF agents were in pursuit. The CCTV footage shows the firearm coming off of BLANCHARD's person as he runs from law enforcement, then sliding on the concrete sidewalk.



*BLANCHARD in Red and the Firearm in Yellow*

A criminal history check showed that BLANCHARD was previously convicted in Prince George County, Maryland Circuit Court Case number CT111129X of Murder First Degree and sentenced to 10 years of incarceration with 5 years suspended and 5 years of probation. Accordingly, BLANCHARD would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Savon BLANCHARD with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

Respectfully submitted,

Special Agent Chris Perzanoski
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 20, 2026.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE